| DANIEL HARRIS | * | NO. 2020-CA-0248 |
|---|---|---|
| VERSUS | * | COURT OF APPEAL |
| BOH BROS. CONSTRUCTION CO., LLC AND ABC INSURANCE COMPANY | * | FOURTH CIRCUIT |
| | * | STATE OF LOUISIANA |
| | * | |
| | * | |

\* \* \* \* \* \* \*

**BELSOME, J., CONCURS IN THE RESULT**